# MEMORANDUM

**DATE**: November 7, 2008

**TO**: File 07-cv-01512-REB

**FROM**: Judge Blackburn (s/ Robert E. Blackburn )

**CASE NAME**: Murphy v. Astrue

Plaintiff may proceed in forma pauperis on appeal.