**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-01512-REB

MICHAEL J. MURPHY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER REMANDING CASE TO COMMISSIONER

**Blackburn, J.**

    The Tenth Circuit Court of Appeals has issued its mandate [#27] filed November 18, 2009, directing that this case be remanded to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    **THEREFORE, IT IS ORDERED** that this case is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the opinion of the Tenth Circuit.

    Dated January 11, 2010, at Denver, Colorado.

                                                 **BY THE COURT:**

                                                 */s/ Robert E. Blackburn*
                                                 Robert E. Blackburn
                                                 United States District Judge